1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,      )      Case No.: ED 11-390 M
11
                Plaintiff,     )      ORDER OF DETENTION PENDING
12                             )      FURTHER REVOCATION
          v.                   )      PROCEEDINGS
13                             )      (FED. R. CRIM. P. 32.1(a)(6); 18
     CHAD PRICE                )      U.S.C. § 3143(a)(1))
14                             )
                Defendant.     )
15   _____)

16        The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the _____ District of

18   _Nevada_ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A. (✗)  The defendant has not met his/her burden of establishing by clear and

23           convincing evidence that he/she is not likely to flee if released under 18

24           U.S.C. § 3142(b) or (c).  This finding is based on the following:

25           - violation petition

26           - pretrial services report

27           - defendant's non-objection

28

                                        1

1    and/ or

2  B. (X)    The defendant has not met his/her burden of establishing by clear and

3    convincing evidence that he/she is not likely to pose a danger to the

4    safety of any other person or the community if released under 18 U.S.C.

5    § 3142(b) or (c).  This finding is based on the following:

6    _____ - violation petition _____

7    _____ - pretrial services report _____

8    _____ - defendant's non-objection _____

9    _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated:  October 13, 2011

15    HONORABLE SHERI PYM
    United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2